UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| WYNISHA ALCORN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-00278 |
| | § | |
| UNIVERSITY OF TEXAS MEDICAL BRANCH, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On December 10, 2018, the Plaintiff, Wynisha Alcorn, filed a Notice of Dismissal with prejudice (Dkt. 6) pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 12th day of December, 2018.

George C. Hanks Jr.
United States District Judge